IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **12-cv-03039-AP**

**RANDY SALTSGAVER**,

                        Plaintiff,

v.

**CAROLYN COLVIN, Acting Commissioner of Social Security**[1]
**Social Security Administration,**

                        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Gail C. Harriss | JOHN F. WALSH |
| GAIL C. HARRISS, LLC | United States Attorney |
| 450 S. Camino del Rio, Suite 201 | |
| Durango, CO 81301 | J. BENEDICT GARCIA |
| Telephone: (970) 247-4411 | Assistant United States Attorney |
| Fax: (970) 247-1482 | District of Colorado |
| gharriss@harrisslaw.com | |
| | Daniel E. Burrows |
| | Social Security Administration |
| | Office of the General Counsel |
| | 1001 17th Street, 6th Floor |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7356 |
| | daniel.burrows@ssa.gov |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** November 19, 2012

**B. Date Complaint Was Served on U.S. Attorney's Office:** December 18, 2012

**C. Date Answer and Administrative Record Were Filed:** February 7, 2013

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** To the best of his knowledge the Record is complete.
**Defendant states:** To the best of his knowledge, the Record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** None anticipated
**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:** To the best of his knowledge, this case does not involve unusual claims or defenses.
**Defendant states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

**Plaintiff states:** None anticipated
**Defendant states:** None anticipated.

The Parties state that this case is not on appeal from a decision issued on remand from this court.

**8. BRIEFING SCHEDULE**

    **A. Plaintiff's Opening Brief Due:  April 3, 2013**

    **B. Defendant's Response Brief Due: May 3, 2013**

    **C. Plaintiff's Reply Brief (If Any) Due: May 20, 2013**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement:** Oral Argument is not requested.

    **B. Defendant's Statement:**  Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 28th day of February, 2013.

                                    BY THE COURT:

                                      *s/John L. Kane*_____
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
| --- | --- |
| s/Gail C. Harriss | By:   s/Daniel E. Burrows |
| Gail C. Harriss | Daniel E. Burrows |
| GAIL C. HARRISS, LLC | Social Security Administration |
| 450 S. Camino del Rio, Suite 201 | Office of the General Counsel |
| Durango, CO 81301 | 1001 17th Street, 6th Floor |
| Telephone:  (970) 247-4411 | Denver, CO 80202 |
| Fax: (970) 247-1482 | Telephone:  (303) 844-7356 |
| gharriss@harrisslaw.com | daniel.burrows@ssa.gov |